rev. 8/31/07

| | | |
|---|---|---|
| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 7 M |
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Karen L. Horn | REPORTER/FTR<br>FTR 10:19 - 10:26 |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | DATE<br>March 28, 2008 | NEW CASE ☐    CASE NUMBER<br>3-08-70172 JCS |

### APPEARANCES

| DEFENDANT<br>Francisco Vian | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Steve Teich | PD. ☐ RET. ☒<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Derek Owens | INTERPRETER<br>Melinda Basker - Spanish | | ☐ FIN. AFFT<br>SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Silvio Lugo | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ | INITIAL APPEAR<br>REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT<br>HEARING |

### INITIAL APPEARANCE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ | ADVISED<br>OF RIGHTS | ☒ | ADVISED<br>OF CHARGES | ☐ | NAME AS CHARGED<br>IS TRUE NAME | ☐ | TRUE NAME |

FILED
MAR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### ARRAIGNMENT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON<br>INFORMATION | ☐ | ARRAIGNED ON<br>INDICTMENT | ☒ | READING WAIVED<br>SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |

### RELEASE

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ RELEASED<br>ON O/R | ☒ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ 50,000 | | SPECIAL NOTES<br>PASSPORT SURRENDERED<br>DATE: | | |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |

| | | | | | |
|---|---|---|---|---|---|
| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☐ REMANDED<br>TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| | | | | |
|---|---|---|---|---|
| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | | OTHER: |

### CONTINUANCE

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TO:<br>04/24/08 | | ☐ | ATTY APPT<br>HEARING | ☐ | BOND<br>HEARING | ☐ | STATUS RE:<br>CONSENT | ☐ | STATUS /<br>TRIAL SET |
| AT:<br>9:30 AM | | ☐ | SUBMIT FINAN.<br>AFFIDAVIT | ☒<br>SET | PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ | CHANGE OF<br>PLEA | ☐ | OTHER |
| BEFORE HON.<br>Judge Larson | | ☐ | DETENTION<br>HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT &<br>SENTENCING |
| ☒ | TIME WAIVED | ☒ | TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ | IDENTITY /<br>REMOVAL<br>HEARING | ☐ | PRETRIAL<br>CONFERENCE | ☐ | PROB/SUP REV.<br>HEARING |

### ADDITIONAL PROCEEDINGS

Dft made representation in Court that he has no passport. Dft self-surrendered to the Warrant. Govt to prepare Order.

KLH, JCS, WH

DOCUMENT NUMBER: