| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | DEREK R. OWENS (CABN 230237)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California  94102<br>Telephone:  (415) 436-6488 |
| 7 | Fax:  (415) 436-7234<br>Email: Derek.Owens@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRANCISCO ROMERO VIAN,<br><br>　　　　Defendant. | No. CR 3-08-70172 JCS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME FROM<br>MARCH 28, 2008 THROUGH APRIL 24,<br>2008 |

On March 28, 2008, the parties in this case appeared before the Court for an initial appearance on the criminal complaint.  The defendant was released on a $50,000, unsecured personal recognizance bond.  At that time, and the parties requested and the Court agreed to set the preliminary hearing for April 24, 2008.  The parties further stipulated that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from March 28, 2008 through April 24, 2008.  The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.  Defendant also agrees to exclude for this period of time any time limits applicable under Title 18, United States Code, Section 3161.  The parties represented that granting the

STIP. AND ORDER
CR 3-08-70172 JCS

1 continuance was the reasonable time necessary for continuity of defense counsel and effective
2 preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C.
3 § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a
4 continuance outweighed the best interests of the public and the defendant in a speedy trial. See
5 18 U.S.C. § 3161(h)(8)(A).

7 SO STIPULATED:

8                              JOSEPH P. RUSSONIELLO
                             United States Attorney

10 DATED: 4/22/2008       /s/ Derek Owens
                               _____
11                              DEREK R. OWENS
                             Assistant United States Attorney

13 DATED: 4/23/2008       /s/ Steven Teich
                               _____
14                              STEVEN EMERY TEICH
                             Attorney for Mr. Vian

16       For the reasons stated above, the Court finds that an exclusion of time from March 28,
17 2008 through April 24, 2008 is warranted and that the ends of justice served by the continuance
18 outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C.
19 §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny the
20 defendant of continuity of counsel and would deny defense counsel the reasonable time
21 necessary for effective preparation, taking into account the exercise of due diligence, and would
22 result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

24 SO ORDERED.

26 DATED: April 23, 2008                 _____
27                                       THE HONORABLE JOSEPH C. SPERO
                                      United States Magistrate Judge



STIP. AND ORDER
CR 3-08-70172 JCS          2